JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

FRANCO L. BECIA, WSBA 26823
Special Assistant United States Attorney
Office of the General Counsel
Office of Program Litigation, Office 7
Social Security Administration
6401 SECURITY BLVD
BALTIMORE, MD 21235-6401
Telephone: (206) 615-2114
Fax: (206) 615-2531
franco.l.becia@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
**(LAS VEGAS)**

| | |
|---|---|
| KIRSTEN ANN SADLER,<br><br>  Plaintiff,<br><br>  v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>  Defendant. | Case No.: 2:24-cv-01096-MDC<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

The parties, through their respective counsel, hereby stipulate and agree that the above-captioned case be reversed and remanded to the Commissioner of Social Security for a hearing before an Administrative Law Judge (ALJ) and a new decision in regard to Plaintiff's applications for disability benefits. On remand, the ALJ will take any necessary action to complete the administrative record, offer Plaintiff a hearing, reevaluate the medical opinions and prior administrative medical findings, reevaluate Plaintiff's RFC, as needed, continue the sequential evaluation process, obtaining

vocational expert testimony as warranted, and resolving any conflicts between the Dictionary of Occupational Titles, the vocational expert testimony, and the RFC, and issue a new decision.

The parties stipulate that this remand be made pursuant to sentence four of 42 U.S.C. § 405(g), and that Plaintiff may be entitled to reasonable attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), upon proper request to this Court.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

DATED this 12th day of August 2024.

    Respectfully submitted,

    JASON M. FRIERSON
    United States Attorney

    MATHEW W. PILE
    Associate General Counsel
    Office of Program Litigation, Office 7
    Social Security Administration

    s/ *Franco L. Becia*
    FRANCO L. BECIA
    Special Assistant United States Attorney
    Office of the General Counsel
    Office of Program Litigation, Office 7
    Social Security Administration
    6401 SECURITY BLVD
    BALTIMORE, MD 21235-6401
    Telephone: (206) 615-2114
    Fax: (206) 615-2531
    Franco.L.Becia@ssa.gov

///

///

///

///

DATED this 12th day of August 2024.

        s/ *Franco L. Becia* For
        LEONARD STONE and MARC KALAGIAN
        Attorneys for Plaintiff
        (PER EMAIL AUTHORIZATION)

IT IS SO ORDERED:

Hon. Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
DATED: 8/13/24